USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMART STUDY CO., LTD.,

        *Plaintiff*

v.

A PLEASANT TRIP STORE, et al.,

        *Defendants*

1:20-cv-1733 (MKV)

ORDER TO UNSEAL

IT IS HEREBY ORDERED that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

March 24, 2020
New York, New York

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE