UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/29/2020

SMART STUDY CO., LTD.,

                Plaintiff,

-against-

A PLEASANT TRIP STORE, et al.,

                Defendants.

20-CV-01733 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

It is hereby ORDERED that the Hearing scheduled to take place on Tuesday, May 5, 2020 will be held by telephone. All Parties are directed to call the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line.

        SO ORDERED.

Dated:    April 29, 2020
           New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge