Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., *Plaintiff* v. A PLEASANT TRIP STORE, *et al*, *Defendants* | CIVIL ACTION No. 20-cv-1733 (MKV) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of settlement between the Plaintiff and the below named Defendants and notice of dismissal of all claims against Defendants Yiwu City Qing Li Garment Co., Ltd. and Yongkang Yuexiu Industry & Trade Co., Ltd in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: May 13, 2020                                    Respectfully submitted,

                                                       **EPSTEIN DRANGEL LLP**


                                       BY:   /s/ Brieanne Scully
                                             Brieanne Scully (BS 3711)
                                             bscully@ipcounselors.com
                                             EPSTEIN DRANGEL LLP
                                             60 East 42nd Street, Suite 2520
                                             New York, NY 10165
                                             Telephone:    (212) 292-5390
                                             Facsimile:    (212) 292-5391
                                             *Attorneys for Plaintiff*
                                             *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on May 18, 2020.

_____
Hon. Mary Kay Vyskocil
United States District Judge