Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:	(212) 292-5390
Facsimile:	(212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., <br> *Plaintiff* <br><br> v. <br><br> A PLEASANT TRIP STORE, *et al*, <br> *Defendants* | CIVIL ACTION No. <br> 20-cv-1733 (MKV) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of settlement between the Plaintiff and the below named Defendants and notice of dismissal of all claims against Defendants Hangzhou Owner Party Co., Ltd and Yiwu Dolike Clothing Co., Ltd in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: May 21, 2020                                          Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Brieanne Scully
        Brieanne Scully (BS 3711)
        bscully@ipcounselors.com
        EPSTEIN DRANGEL LLP
        60 East 42nd Street, Suite 2520
        New York, NY 10165
        Telephone:   (212) 292-5390
        Facsimile:     (212) 292-5391
        *Attorneys for Plaintiff*
        *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on May 22, 2020.

_____
Hon. Mary Kay Vyskocil
United States District Judge