Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., *Plaintiff* <br><br> v. <br><br> A PLEASANT TRIP STORE, *et al*, *Defendants* | CIVIL ACTION No. <br> 20-cv-1733 (MKV) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of settlement between the Plaintiff and the below named Defendant and notice of dismissal of all claims against Defendant Quanzhou Disen Imp.& Exp. Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: June 5, 2020

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Brieanne Scully
     Brieanne Scully (BS 3711)
     bscully@ipcounselors.com
     EPSTEIN DRANGEL LLP
     60 East 42nd Street, Suite 2520
     New York, NY 10165
     Telephone:   (212) 292-5390
     Facsimile:   (212) 292-5391
     *Attorneys for Plaintiff*
     *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____ \_\_\_, 2020.

_____
Hon. Mary Kay Vyskocil
United States District Judge