Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMART STUDY CO., LTD.,
*Plaintiff*

v.

A PLEASANT TRIP STORE, *et al*,
*Defendants*

CIVIL ACTION No.
20-cv-1733 (MKV)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of settlement between the Plaintiff and the below named Defendant and notice of dismissal of all claims against Defendant Yiwu Huiran Crafts Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  June 22, 2020                                             Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**

BY:   /s/ Brieanne Scully  
       Brieanne Scully (BS 3711)
       bscully@ipcounselors.com
       EPSTEIN DRANGEL LLP
       60 East 42nd Street, Suite 2520
       New York, NY 10165
       Telephone:     (212) 292-5390
       Facsimile:      (212) 292-5391
       *Attorneys for Plaintiff*
       *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on June 23, 2020.

*Mary Kay Vyskocil*
_____
Hon. Mary Kay Vyskocil
United States District Judge