UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD, <br><br> Plaintiffs, <br><br> -against- <br><br> A PLEASANT TRIP STORE, et al., <br><br> Defendant. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: <br> DATE FILED: 5/18/2021 <br><br> 1:20-cv-01733-MKV <br><br> SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a letter from Plaintiff proposing next steps in this case. *See* Letter to Court, ECF No. 50. In light of that letter,

IT IS HEREBY ORDERED that Plaintiff must file any motion for a default judgment on or before July 9, 2021. Before filing the motion, Plaintiff shall consult the Court's Individual Practice Rules and ensure compliance therewith. Particular attention should be paid to the propriety of service and personal jurisdiction. Plaintiff is directed to file a single model proposed judgment with an exhibit noting differences, if any, among particular Defendants.

SO ORDERED

Dated: New York, New York
       May 18, 2021

_____
MARY KAY VYSKOCIL
United States District Judge

1